

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00411-CV

**IN RE** Rogelio **DE HOYOS**, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., and RDH Site & Concrete Co.

Original Mandamus Proceeding[1]

### ORDER

On August 17, 2020, Relators filed a petition for writ of mandamus. After considering the petition, this court concludes Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 23, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 20-01217-CV, styled *Jose Luis Cruz, Individually and as the Independent Administrator of the Estate of Enedina Cruz v. Rogelio De Hoyos, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., RDH Site & Concrete Co., and All Others Occupying 202.12 Acres Tract of Land out of Lots 7, 8, 9 and 10 Block 18 and Lots 3 and 4, Block 19, Falfurrias Farm and Garden Tract, Falfurrias Texas*, pending in the County Court, Brooks County, Texas, the The Honorable Eric Ramos presiding.